IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVEN FRIDLEY, | CASE NO. 1:18-CV-02431-SO |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| THE CITY OF CLEVELAND, et al., | **JOINT NOTICE OF SETTLEMENT AND MOTION FOR STAY OF DEADLINES** |
| Defendants. | |

The parties hereby provide notice that a tentative settlement resolving all claims in Plaintiff's First Amended Complaint has been reached in this matter. Therefore, the parties request the Court stay all deadlines, including Defendants' deadline to file their Answer, for thirty (30) days in order to provide time to finalize the settlement and to file a Stipulation of Dismissal with Prejudice. This request is made for good cause and not for purposes of delay.

Respectfully submitted,

| | |
|---|---|
| /s/ *Patrick Kabat* | /s/ *Stephen W. Funk* |
| Subodh Chandra (OH Bar No. 0069233) | Stephen W. Funk (0058506) |
| Subodh.Chandra@chandralaw.com | sfunk@ralaw.com |
| Patrick S. Kabat (NY Bar No. 5280730) | John W. Breig, Jr. (0096767) |
| patrick.kabat@chandralaw.com | jbreig@ralaw.com |
| Chandra Law Firm | Roetzel & Andress, LPA |
| 1265 West Sixth Street | 222 South Main Street, Suite 400 |
| Cleveland, OH  44113 | Akron, Ohio  44308 |
| Telephone: 216.578.1700 | Telephone:  330.376.2700 |
| Fax: 216.578.1800 | Facsimile:  330.376.4577 |
| | |
| *Attorneys for Plaintiff, Steven Fridley* | *Attorneys for Defendants, The City of Cleveland and Calvin Williams* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 8th day of March, 2019, a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system:

Subodh Chandra, Esq.
Patrick S. Kabat, Esq.
Chandra Law Firm
1265 West Sixth Street
Cleveland, OH 44113
Subodh.Chandra@chandralaw.com
patrick.kabat@chandralaw.com

*Attorneys for Plaintiff*

                                                         /s/ *Stephen W. Funk*
                                                         Stephen W. Funk (0058506)

13593055 _1