IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVEN FRIDLEY<br><br>    Plaintiff,<br><br>  vs.<br><br>THE CITY OF CLEVELAND, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-02431<br><br>Judge Solomon Oliver, Jr. |
| **JOINT STIPULATION OF DISMISSAL** ||

Plaintiff Steven Fridley and Defendants City of Cleveland and Calvin Williams hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice.  Each party shall bear their own attorney fees and costs.  The Court may enter an order accordingly, notice by the Clerk being waived.

THE CHANDRA LAW FIRM, LLC

/s/ *Patrick Kabat*  
Subodh Chandra (OH Bar No. 0069233)  
Patrick Kabat (NY Bar No. 5280730)  
THE CHANDRA LAW FIRM LLC  
The Chandra Law Building  
1265 W. 6th St., Suite 400  
Cleveland, OH 44113-1326  
216.578.1700 Phone  
216.578.1800 Fax  
Subodh.Chandra@ChandraLaw.com  
Patrick.Kabat@ChandraLaw.com  

*Attorneys for Plaintiff Steven Fridley*

/s/ *Stephen W. Funk*  
Stephen W. Funk (OH Bar No. 0058506)  
John W. Breig, Jr. (OH Bar No. 0096767)  
ROETZEL & ANDRESS, LPA  
222 South Main St., Suite 400  
Akron, OH 44308  
330.376.2700 Phone  
330.376.4577 Fax  
sfunk@ralaw.com  
jbreig@ralaw.com  

*Attorneys for Defendants, the City of Cleveland and Calvin Williams*