**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/25/2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEVEN FRIDLEY<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY OF CLEVELAND, *et al.*,<br><br>　　　Defendants. | Case No. 1:18-cv-02431<br><br>Judge Solomon Oliver, Jr. |
| **JOINT STIPULATION OF DISMISSAL** ||

Plaintiff Steven Fridley and Defendants City of Cleveland and Calvin Williams hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice. Each party shall bear their own attorney fees and costs. The Court may enter an order accordingly, notice by the Clerk being waived.

THE CHANDRA LAW FIRM, LLC

/s/ *Patrick Kabat*
Subodh Chandra (OH Bar No. 0069233)
Patrick Kabat (NY Bar No. 5280730)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Patrick.Kabat@ChandraLaw.com

*Attorneys for Plaintiff Steven Fridley*

/s/ *Stephen W. Funk*
Stephen W. Funk (OH Bar No. 0058506)
John W. Breig, Jr. (OH Bar No. 0096767)
ROETZEL & ANDRESS, LPA
222 South Main St., Suite 400
Akron, OH 44308
330.376.2700 Phone
330.376.4577 Fax
sfunk@ralaw.com
jbreig@ralaw.com

*Attorneys for Defendants, the City of Cleveland and Calvin Williams*